■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN MOTA, Appellant. [773 NYS2d 879]—Judgment, Supreme Court, Bronx County (John Moore, J.), rendered January 18, 2000, convicting defendant, upon his plea of guilty, of manslaughter in the first degree, and sentencing him to a term of 16 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence to a term of 12 years, and otherwise affirmed.

We find the sentence excessive to the extent indicated. Concur—Tom, J.P., Saxe, Ellerin, Lerner and Gonzalez, JJ.